| UNITED STATES BANKRUPTCY COURT District of Arizona |
|---|

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/14/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
WILLIAM EDWARD LANE
dba RECTANGLE GROUP[, LLC, dba QUANTUM, INC., dba SICKLE, INC., dba ADVOCACY SERVICES LLC, fdba HPS CORPORATION, fdba 2758 E. WIER AVE., LLC, fdba BBX INVEST, LLC, fdba BIOMEDICAL COUNTER MEASURES, INC., fdba ARIZONA ANTI−AGING AND WELNESS INSTITUTE, LLC, fdba 15310 MUSTANG DR., LLC, fdba STONERIDGE CAPITAL, LLC, fdba SEARCH THE WEB, LLC, fdba WEB EYES, LLC, fdba CROSS NETWORKS, LLC, fdba STONERIDGE MARKETING, LLC, fdba GRAHAM JOHNSON MARKETING, LLC, fdba WEL INDUSTRIES, LLC, fdba NET PROMOSTIONS, LLC, fdba NET NOMAD, LLC, fdba MUSTANG MARKETING, LLC, fdba FAST LANE LIMOUSINE, LLC, fdba SML ENTERPRISES, LLC, fdba IZONA PROPERTIES, LLC, fdba VAL VERDE WEB DESIGN, LLC, fdba 17030 NICKLAUS DR., LLC, fdba ECE REAL ESTATE DEVELOPMENT, LLC, fdba WIZASO HOLDINGS, LLC, fdba 2760 E. WIER AVE., LLC, fdba MANNING ENTERPRISES, INC., fdba LBB IVORY HOLDINGS, LLC, fdba BFR CAPITAL GROUP, LLC, fdba AIRWAVE INVESTMENTS LP, fdba SCOTTSDALE ONLINE SERVICES, INC., fdba STATUES & ART INT'L, INC., fdba VVVRRRR, INC., fdba THE HONOR HEDGE FUND, INC., fdba COMANSER, LLC, fdba TMD INC., fdba DEVELOPMENT SOLUTIONS, INC., fdba HERCULEAN GLOBAL FINANCIAL GROUYP, INC., fdba EPICTETUS, LLC, fdba NOBLE REALTY INVESTMENT CORPORATION, fdba STONERIDGE ENTERTAINMENT HOLDING, INC., fdba A G SOLAR, INC.
10810 N TATUM BLVD #102−211
Phoenix, AZ 85018

| Case Number:<br>2:11−bk−20177−RTB | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−4228<br>11−2222222 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>GLENN W. ROETHLER<br>GREEVES, PRICE & ROETHLER, PLC<br>2151 E. Broadway Rd., Ste. 116<br>TEMPE, AZ 85282<br>Telephone number: 480−345−8100 | Bankruptcy Trustee (name and address):<br>DINA ANDERSON<br>21001 N. TATUM BLVD., #1630−608<br>PHOENIX, AZ 85050<br>Telephone number: 480−304−8312 |

## Meeting of Creditors

Date: **August 18, 2011**                                  Time: **02:00 PM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

## Deadlines:

| Papers must be *received* by the bankruptcy clerk's office by the following deadlines: **Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/17/11** |
|---|
| ## Deadline to Object to Exemptions:<br>Thirty (30) days after the *conclusion* of the meeting of creditors. |
| ## Creditors May Not Take Certain Actions:<br>In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. |
| ## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So. |
| ## Creditor with a Foreign Address:<br>A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side. |

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727<br>Telephone number: (602) 682–4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Brian D. Karth |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 5:00 PM | Date: 7/21/11 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

```
                                United States Bankruptcy Court
                                      District of Arizona

In re:                                                                    Case No. 11-20177-RTB
WILLIAM EDWARD LANE                                                       Chapter 7
     Debtor                     CERTIFICATE OF NOTICE

District/off: 0970-2          User: rossp                  Page 1 of 3              Date Rcvd: Jul 21, 2011
                              Form ID: b9a                 Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2011.
db          +WILLIAM EDWARD LANE,    10810 N TATUM BLVD #102-211,    Phoenix, AZ 85028-0502
10619339    +Anthony Casanova,    C/O Stephen Wade Nebgen, Esq.,    11620 E. Sahuaro Dr., Suite 1073,
              Scottsdale AZ 85259-3167
10619322    +Aron & Associates, P.C.,    1615 E. Fort Lowell Rd.,    Tucson AZ 85719-7306
10619340    +Ashley Lynne Kizzire & Fast Lane Limousi,    Collins, May Potenza, Baran & Gillespie,
              201 N. Central Ave., 22nd Floor,    Phoenix AZ 85004-0608
10619323    +Bank of America, N.A.,    1000 Camera Avenue,    Suite A,    Saint Louis MO 63126-1037
10619342    +Bank of Arizona,    C/O Schneider & Onofry, PC,    3101 N. Central Ave., Suite 600,
              Phoenix AZ 85012-2658
10619324    +Blatt, Hasenmiller, Leibsker & Moore,    1225 East Broadway Road, Suite 220,    Tempe AZ 85282-1527
10619343    +Burch & Cracchiolo PA,    PO Box 16882,   Phoenix AZ 85011-6882
10619347    +Chase Home Finance,    3990 S Babcock St,    Melbourne FL 32901-8212
10619325     Curtis Brown,    5327 E Flower Street,    Phoenix AZ 85018
10619338    +DENNIS REISSIG,    22 swezeytown rd S,    middle island NY 11953-1548
10619326    #+Dawn Brinton,    15508 E. Greystone Dr.,    Fountain Hills AZ 85268-4902
10619348    +Dennis Moore,    C/O Stephen Wade Nebgen, Esq.,    11620 E. Sahuaro Dr., Suite 1073,
              Scottsdale AZ 85259-3167
10619349    +Devinio Properties,    ATTN: John and Gay Meyer,    2920 E. Camelback, Ste. 100,
              Phoenix AZ 85016-4409
10619350    +Direct TV,    The CBE Group,    PO Box 2635,    Waterloo IA 50704-2635
10619351    +Edward Sulfaro,    C/O Stephen Wade Nebgen, Esq.,    11620 E. Sahuaro Dr., Suite 1073,
              Scottsdale AZ 85259-3167
10619327    +Eric Neely,    5425 E. Flower St.,    Phoenix AZ 85018-6621
10619328    +Fox Custom Homes, LLC,    c/o Kent Lang, Lang & Baker,    8767 Via De Commercio, Ste. 102,
              Scottsdale AZ 85258-3374
10619330    +Gurstel Chargo, PA,    9320 E. Raintree Dr.,    Scottsdale AZ 85260-2016
10619353    +Justin Anderson,    C/O Stephen Wade Nebgen, Esq.,    11620 E. Sahuaro Dr., Suite 1073,
              Scottsdale AZ 85259-3167
10619354    +Kenneth Eisen & Assoc,    777 E Missouri Ave Ste 1,    Phoenix AZ 85014-2830
10619355    +Marjorie Allen,    10810 N. Tatum,    Phoenix AZ 85028-6055
10619331    +Marjorie Allen,    10810 N. Tatum Blvd.,    Phoenix AZ 85028-6055
10619356    +Matthew Desendorf,    C/O Stephen Wade Nebgen, Esq.,    11620 E. Sahuaro Dr., Suite 1073,
              Scottsdale AZ 85259-3167
10619332    #+Micheal Brinton,    15508 E. Greystone Dr.,    Fountain Hills AZ 85268-4902
10619334    +Morgan Stanely Private Wealth Management,    Fraud Management Services,    PO Box 9201,
              Old Bethpage NY 11804-9001
10619357    +Morgan Stanley Private Wealth Management,    Chargeback Support,    PO Box 9201,
              Old Bethpage NY 11804-9001
10619358    +Natl Cty Crd,    PO Box 5570,    Cleveland OH 44101-0570
10619335    +One West Bank,    c/o Tim Barton, Gust Roenfeld, PLC,    201 E. Washington ST., STE. 800,
              Phoenix AZ 85004-2327
10619359    +Paramount Windows Corporation,    c/o Eric H. Spencer,    One Arizona Center, 400 E. Van Buren,
              Phoenix AZ 85004-2280
10619360    +Pmr Progressive,    Po Box 6488,    Woodland Hills CA 91365-6488
10619361    +Robert Conway,    C/O Stephen Wade Nebgen, Esq.,    11620 E. Sahuaro Dr., Suite 1073,
              Scottsdale AZ 85259-3167
10619362     Scottsdale Healthcare,    PO Box 1022,    Wixom MI 48393-1022
10619336     Shawn Lane,    1354 N. 102nd Lane,    Scottsdale AZ 85260
10619363    +Southwest Diagnostic Imaging,    2323 W. Rose Garden Lane,    Phoenix AZ 85027-2530
10619337    +Vital Recovery Services, Inc.,    PO Box 923748,    Norcross GA 30010-3748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: contact@gprlaw.net Jul 21 2011 23:55:44     GLENN W. ROETHLER,
              GREEVES, PRICE & ROETHLER, PLC,    2151 E. Broadway Rd., Ste. 116,    TEMPE, AZ  85282
tr          +EDI: QDANDERSON.COM Jul 21 2011 23:23:00     DINA ANDERSON,    21001 N. TATUM BLVD., #1630-608,
              PHOENIX, AZ 85050-5268
smg          EDI: AZDEPREV.COM Jul 21 2011 23:23:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
10619341    +EDI: BANKAMER.COM Jul 21 2011 23:23:00      Bank Of America,    Attn Bankruptcy NC4-105-03-14,
              PO Box 26012,    Greensboro NC 27420-6012
10619324    +EDI: BHLMLLC.COM Jul 21 2011 23:23:00      Blatt, Hasenmiller, Leibsker & Moore,
              1225 East Broadway Road, Suite 220,    Tempe AZ 85282-1527
10619344    +EDI: CAPITALONE.COM Jul 21 2011 23:23:00      Cap One,    PO Box 30285,
              Salt Lake City UT 84130-0285
10619345    +EDI: CAPITALONE.COM Jul 21 2011 23:23:00      Capital One,    PO Box 30285,
              Salt Lake City UT 84130-0285
10619346     EDI: CHASE.COM Jul 21 2011 23:23:00     Chase,    P.O. Box 15298,    Wilmington DE 19850-5298
                                                                                              TOTAL: 8
```

```
District/off: 0970-2           User: rossp              Page 2 of 3               Date Rcvd: Jul 21, 2011
                               Form ID: b9a             Total Noticed: 43
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10619352    ##+Gary Thomas,    7600 E. Doubletree Rd., Suite 130,    Scottsdale AZ 85258-2135
10619329    ##+Gary Vojtesak,    7600 E. Doubletree Rd., Suite 130,    Scottsdale AZ 85258-2135
10619333    ##+Moe Tassoudji,    7600 E. Doubletree Ranch Rd., Suite 130,    Scottsdale AZ 85258-2135
10619364    ##+United Compucred,    4190 Harrison Av,    Cincinnati OH 45211-4546
                                                                                   TOTALS: 0, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 23, 2011**                        **Signature:**      _/s/ Joseph Speetjens_

```
District/off: 0970-2           User: rossp                 Page 3 of 3                Date Rcvd: Jul 21, 2011
                               Form ID: b9a                Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2011 at the address(es) listed below:
```
              DINA   ANDERSON
               DAnderson@DLATrustee.com;RJoseph@DLATrustee.com;lbailey@DLATrustee.com;dlanderson@ecf.epiqsystems
               .com
              GLENN W. ROETHLER    on behalf of Debtor WILLIAM LANE contact@gprlaw.net,
               glenn.roethler@gmail.com;gprecf@gmail.com;gprecfbc@gmail.com;gprassistant1@gmail.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                                 TOTAL: 3
```