IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| William Edward Lane | ) | Case No. 11-20177-EPB |
| | ) | |
| | ) | **ORDER AUTHORIZING** |
| Debtor(s). | ) | **EMPLOYMENT OF AUCTIONEER** |
| | ) | **FOR CHAPTER 7 TRUSTEE** |
| | ) | |

The *Application to Employ Auctioneer by Chapter 7 Trustee* ("*Application*"), pursuant to 11 U.S.C. § 327, filed by Dina L. Anderson, Chapter 7 Trustee ("Trustee"), having come before the Court, wherein Trustee seeks to employ Cunningham & Associates, Inc. ("Auctioneer") to serve as Trustee's auctioneer in the case captioned-above, on the terms and conditions set forth in the *Application*, together with the *Declaration Of Appraiser/Auctioneer* filed in support of the *Application* pursuant to Federal Rule of Bankruptcy Procedure 2014, there being no objection thereto, and good cause appearing,

**IT IS ORDERED** approving the employment of Auctioneer to provide services subject to the terms and conditions set forth in the *Application*, with all fees and expenses subject to future Court approval.

**DATED AND SIGNED ABOVE**