Dina L. Anderson
21001 N. Tatum Blvd
#1630-608
Phoenix, AZ 85050

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § | Case No. 2:11-bk-20177-EPB |
| | § | |
| WILLIAM EDWARD LANE | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>07/14/2011</u>. The undersigned trustee was appointed on <u>07/14/2011</u>.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                        $22,804.86

                      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $9,376.79 |
| Bank service fees | $773.04 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $12,655.03 |

The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/02/2012 and the deadline for filing government claims was 07/02/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,030.49. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $0.00 as interim compensation and now requests the sum of $3,030.49, for a total compensation of $3,030.49[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $84.93, for total expenses of $84.93.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/31/2014                     By:    /s/ Dina L. Anderson
                                             Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

| Case No.: | 11-20177-EPB | | Trustee Name: | Dina L. Anderson |
|---|---|---|---|---|
| Case Name: | LANE, WILLIAM EDWARD | | Date Filed (f) or Converted (c): | 07/14/2011 (f) |
| For the Period Ending: | 12/23/2014 | | §341(a) Meeting Date: | 08/18/2011 |
| | | | Claims Bar Date: | 07/02/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Business Checking account of Rectangle Group, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Brokerage account in the name of Biomedical Counter Measures | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Household goods and furnishings | $2,065.00 | $0.00 | | $0.00 | FA |
| 4 | Office: desk, 3 chairs | $75.00 | $0.00 | | $0.00 | FA |
| 5 | Books-Music: 30 or 40 books (one library) | $40.00 | $0.00 | | $0.00 | FA |
| 6 | Clothes of debtor: shirts, pants, shoes... | $500.00 | $0.00 | | $0.00 | FA |
| 7 | 1 Invicta watch | $50.00 | $0.00 | | $0.00 | FA |
| 8 | Golf clubs | $50.00 | $50.00 | | $0.00 | FA |
| 9 | Rectangle Group, LLC (stopped operating in 5/2011) | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Intellectual: copyright of a movie, SICKLE COPYRIGHT#PA00017 | $0.00 | $9,000.00 | | $9,000.00 | FA |
| Asset Notes: | Lien avoided, Stipulated Settlement for $9,000. | | | | | |
| 11 | Mac Notebook G4 laptop computer (only used for business) | $200.00 | $0.00 | | $0.00 | FA |
| 12 | Food, Fuel and Provisions on date of petition | $300.00 | $0.00 | | $0.00 | FA |
| 13 | Val-Verde Family Trust - Debtor is Trustee/beneficiary | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Preference payments to Burch & Cracchiolo (u) | $7,500.00 | $7,500.00 | | $7,500.00 | FA |
| 15 | Preference payment to Dennis Reisseg (u) | $5,000.00 | $5,000.00 | | $0.00 | FA |
| Asset Notes: | Default Judgment in Adv. No. 13-00563 | | | | | |
| 16 | 2005 Lincoln Town Car Executive Limo (u) | $6,304.00 | $6,304.00 | | $6,304.00 | FA |
| Asset Notes: | Sold at auction 08/20/14 | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.86 | FA |

| | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | | $22,084.86 | $27,854.00 | | $22,804.86 | $0.00 |

| Case No.: | 11-20177-EPB |
| Case Name: | LANE, WILLIAM EDWARD |
| For the Period Ending: | 12/23/2014 |

| Trustee Name: | Dina L. Anderson |
| Date Filed (f) or Converted (c): | 07/14/2011 (f) |
| §341(a) Meeting Date: | 08/18/2011 |
| Claims Bar Date: | 07/02/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

12/31/2014      TFR

H&H fees to be paid with TFR

Initial Projected Date Of Final Report (TFR):      04/07/2013          Current Projected Date Of Final Report (TFR):      12/31/2014

/s/ DINA L. ANDERSON
────────────────────────
DINA L. ANDERSON

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 11-20177-EPB | |
| Case Name: | LANE, WILLIAM EDWARD | |
| Primary Taxpayer ID #: | **-***5292 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/14/2011 | |
| For Period Ending: | 12/23/2014 | |

| | |
|---|---|
| Trustee Name: | Dina L. Anderson |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******0177 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $65,631,723.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 11/01/2012 | | Bank of America | Transfer Funds | 9999-000 | $16,372.56 | | $16,372.56 |
| 11/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.55 | $16,347.01 |
| 12/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.36 | $16,320.65 |
| 01/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.32 | $16,294.33 |
| 02/28/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.73 | $16,270.60 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.24 | $16,244.36 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.35 | $16,219.01 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.16 | $16,192.85 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.27 | $16,167.58 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.07 | $16,141.51 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.03 | $16,115.48 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.15 | $16,090.33 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.95 | $16,064.38 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.07 | $16,039.31 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.87 | $16,013.44 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.83 | $15,987.61 |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.29 | $15,964.32 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.75 | $15,938.57 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.87 | $15,913.70 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.66 | $15,888.04 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.80 | $15,863.24 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.58 | $15,837.66 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.54 | $15,812.12 |
| 09/17/2014 | (16) | Cunningham & Assoc, Inc. | Auction Proceeds | 1229-000 | $6,304.00 | | $22,116.12 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $28.94 | $22,087.18 |
| 10/08/2014 | 5001 | Cunningham & Associates, Inc. | Auctioneer fees per Order signed 10/04/14 | 3610-000 | | $630.40 | $21,456.78 |
| 10/08/2014 | 5002 | Cunningham & Associates, Inc. | Auctioneer expenses per Order signed 10/04/14 | 3620-000 | | $360.40 | $21,096.38 |
| 10/27/2014 | 5003 | Allen Maguire & Barnes PLC | Attorney fees per Order signed 10/20/14 | 3110-000 | | $7,776.00 | $13,320.38 |

| | | SUBTOTALS | $22,676.56 | $9,356.18 |
|---|---|---|---|---|

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 11-20177-EPB | |
| Case Name: | LANE, WILLIAM EDWARD | |
| Primary Taxpayer ID #: | **-***5292 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/14/2011 | |
| For Period Ending: | 12/23/2014 | |

| | |
|---|---|
| Trustee Name: | Dina L. Anderson |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******0177 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $65,631,723.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/27/2014 | 5004 | Allen Maguire & Barnes, PLC | Attorney expenses per Order signed 10/22/14 | 3220-000 | | $609.99 | $12,710.39 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $34.70 | $12,675.69 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.66 | $12,655.03 |

|  | Deposit | Disbursement | Balance |
|---|---|---|---|
| TOTALS: | $22,676.56 | $10,021.53 | $12,655.03 |
| Less: Bank transfers/CDs | $16,372.56 | $0.00 | |
| Subtotal | $6,304.00 | $10,021.53 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $6,304.00 | $10,021.53 | |

| For the period of 7/14/2011 to 12/23/2014 | | For the entire history of the account between 11/01/2012 to 12/23/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,304.00 | Total Compensable Receipts: | $6,304.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,304.00 | Total Comp/Non Comp Receipts: | $6,304.00 |
| Total Internal/Transfer Receipts: | $16,372.56 | Total Internal/Transfer Receipts: | $16,372.56 |
| | | | |
| Total Compensable Disbursements: | $10,021.53 | Total Compensable Disbursements: | $10,021.53 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,021.53 | Total Comp/Non Comp Disbursements: | $10,021.53 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-20177-EPB | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | LANE, WILLIAM EDWARD | Bank Name: | Bank of America |
| Primary Taxpayer ID #: | **-***5292 | Money Market Acct #: | ******5594 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 7/14/2011 | Blanket bond (per case limit): | $65,631,723.00 |
| For Period Ending: | 12/23/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/28/2012 | (14) | BURCH & CRACCHIOLO, P.A. | Return of preference | 1241-000 | $7,500.00 | | $7,500.00 |
| 04/30/2012 | (INT) | Bank of America | Interest Rate  0.010 | 1270-000 | $0.06 | | $7,500.06 |
| 04/30/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $8.91 | $7,491.15 |
| 05/07/2012 | (10) | Chris Poulos/The Conway Group | Settlement re film copyright | 1129-000 | $9,000.00 | | $16,491.15 |
| 05/31/2012 | (INT) | Bank of America | Interest Rate  0.010 | 1270-000 | $0.12 | | $16,491.27 |
| 05/31/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $18.37 | $16,472.90 |
| 06/29/2012 | (INT) | Bank of America | Interest Rate  0.010 | 1270-000 | $0.13 | | $16,473.03 |
| 06/29/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $19.58 | $16,453.45 |
| 07/31/2012 | (INT) | Bank of America | Interest Rate  0.010 | 1270-000 | $0.14 | | $16,453.59 |
| 07/31/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $21.58 | $16,432.01 |
| 08/31/2012 | (INT) | Bank of America | Interest Rate  0.010 | 1270-000 | $0.14 | | $16,432.15 |
| 08/31/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $20.88 | $16,411.27 |
| 09/28/2012 | (INT) | Bank of America | Interest Rate  0.010 | 1270-000 | $0.13 | | $16,411.40 |
| 09/28/2012 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $18.83 | $16,392.57 |
| 11/01/2012 | (INT) | Bank of America | Interest Earned For November 2012 | 1270-000 | $0.14 | | $16,392.71 |
| 11/01/2012 | | Bank of America | Bank Service Fee | 2600-000 | | $20.15 | $16,372.56 |
| 11/01/2012 | | Integrity Bank | Transfer Funds | 9999-000 | | $16,372.56 | $0.00 |
| | | | | SUBTOTALS | $16,500.86 | $16,500.86 | |

  
# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 11-20177-EPB | |
| Case Name: | LANE, WILLIAM EDWARD | |
| Primary Taxpayer ID #: | **-***5292 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/14/2011 | |
| For Period Ending: | 12/23/2014 | |

| | |
|---|---|
| Trustee Name: | Dina L. Anderson |
| Bank Name: | Bank of America |
| Money Market Acct #: | ******5594 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $65,631,723.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $16,500.86 | $16,500.86 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $16,372.56 | |
| | | | **Subtotal** | | $16,500.86 | $128.30 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $16,500.86 | $128.30 | |

| For the period of 7/14/2011 to 12/23/2014 | | For the entire history of the account between 03/28/2012 to 12/23/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $16,500.86 | Total Compensable Receipts: | $16,500.86 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,500.86 | Total Comp/Non Comp Receipts: | $16,500.86 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $128.30 | Total Compensable Disbursements: | $128.30 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $128.30 | Total Comp/Non Comp Disbursements: | $128.30 |
| Total Internal/Transfer Disbursements: | $16,372.56 | Total Internal/Transfer Disbursements: | $16,372.56 |

# CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 11-20177-EPB | |
| Case Name: | LANE, WILLIAM EDWARD | |
| Primary Taxpayer ID #: | **-***5292 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/14/2011 | |
| For Period Ending: | 12/23/2014 | |

| | |
|---|---|
| Trustee Name: | Dina L. Anderson |
| Bank Name: | Bank of America |
| Money Market Acct #: | ******5594 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $65,631,723.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $22,804.86 | $10,149.83 | $12,655.03 |

| For the period of 7/14/2011 to 12/23/2014 | | For the entire history of the case between 07/14/2011 to 12/23/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $22,804.86 | Total Compensable Receipts: | $22,804.86 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,804.86 | Total Comp/Non Comp Receipts: | $22,804.86 |
| Total Internal/Transfer Receipts: | $16,372.56 | Total Internal/Transfer Receipts: | $16,372.56 |
| | | | |
| Total Compensable Disbursements: | $10,149.83 | Total Compensable Disbursements: | $10,149.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,149.83 | Total Comp/Non Comp Disbursements: | $10,149.83 |
| Total Internal/Transfer Disbursements: | $16,372.56 | Total Internal/Transfer Disbursements: | $16,372.56 |

| Case No.: | 11-20177-EPB | | Trustee Name: | Dina L. Anderson |
| Case Name: | LANE, WILLIAM EDWARD | | Date: | 12/23/2014 |
| Claims Bar Date: | 07/02/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DINA L. ANDERSON<br><br>21001 N. Tatum Blvd., Suite 1630-608<br>Phoenix AZ 85050 | 07/14/2011 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,030.49 | $3,030.49 | $0.00 | $0.00 | $0.00 | $3,030.49 |
| **Claim Notes:** | | | | | | | | | | | | |
| | DINA L. ANDERSON<br>21001 N. Tatum Blvd., Suite 1630-608<br>Phoenix AZ 85050 | 07/14/2011 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $84.93 | $84.93 | $0.00 | $0.00 | $0.00 | $84.93 |
| **Claim Notes:** | | | | | | | | | | | | |
| | ALLEN MAGUIRE & BARNES, PLC<br>1850 N. Central Avenue, Suite 1150<br>Phoenix AZ 85004 | 09/22/2014 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $7,776.00 | $7,776.00 | $7,776.00 | $0.00 | $0.00 | $0.00 |
| | ALLEN MAGUIRE & BARNES, PLC<br><br>1850 N. Central Avenue, Suite 1150<br>Phoenix AZ 85004 | 09/22/2014 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $609.99 | $609.99 | $609.99 | $0.00 | $0.00 | $0.00 |
| | CUNNINGHAM & ASSOCIATES, INC.<br>P.O. Box 67087<br>Phoenix AZ 85082-7087 | 09/29/2014 | Other Professional Fees | Allowed | 3610-000 | $0.00 | $630.40 | $630.40 | $630.40 | $0.00 | $0.00 | $0.00 |
| | CUNNINGHAM & ASSOCIATES, INC.<br>P.O. Box 67087<br>Phoenix AZ 85082-7087 | 09/29/2014 | Other Professional Expenses | Allowed | 3620-000 | $0.00 | $360.40 | $360.40 | $360.40 | $0.00 | $0.00 | $0.00 |

Case No.        11-20177-EPB
Case Name:      LANE, WILLIAM EDWARD
Claims Bar Date:    07/02/2012

Trustee Name:    Dina L. Anderson
Date:           12/23/2014

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UNITED STATES BANKRUPTCY COURT<br><br>230 N. FIRST AVENUE, SUITE 101<br>PHOENIX AZ 85003 | 02/07/2012 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $0.00 | $293.00 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |
| **Claim Notes:** | Adv. filing fee 12-ap-00287-RTB | | | | | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT<br><br>230 N. FIRST AVENUE, SUITE 101<br>PHOENIX AZ 85003 | 05/14/2013 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $0.00 | $293.00 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |
| **Claim Notes:** | Adv. filing fee 13-ap-00563-EPB | | | | | | | | | | | |
| | HENRY & HORNE, LLP<br><br>7098 E. Cochise Road, Suite 101<br>Scottsdale AZ 85253 | 12/05/2014 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $420.00 | $420.00 | $0.00 | $0.00 | $0.00 | $420.00 |
| 1 | PARAMOUNT WINDOWS CORPORATION<br>550 W. SOUTHERN AVE.<br>TEMPE AZ 85282 | 01/06/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $109,000.00 | $145,014.46 | $145,014.46 | $0.00 | $0.00 | $0.00 | $145,014.46 |
| **Claim Notes:** | | | | | | | | | | | | |
| 2 | BURCH & CRACCHIOLO PA<br>c/o James M. Stipe<br>PO Box 16882<br>Phoenix AZ 85011 | 03/27/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $16,380.49 | $24,148.90 | $24,148.90 | $0.00 | $0.00 | $0.00 | $24,148.90 |

| Case No. | 11-20177-EPB | | | | | | | Trustee Name: | Dina L. Anderson | |
|----------|--------------|---|---|---|---|---|---|---------------|------------------|---|
| Case Name: | LANE, WILLIAM EDWARD | | | | | | | Date: | 12/23/2014 | |
| Claims Bar Date: | 07/02/2012 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | CAPITAL ONE BANK (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte NC 28272-1083 | 04/30/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $5,283.00 | $5,314.01 | $5,314.01 | $0.00 | $0.00 | $0.00 | $5,314.01 |
| 4 | CAPITAL ONE BANK (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte NC 28272-1083 | 04/30/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $18,783.00 | $18,783.84 | $18,783.84 | $0.00 | $0.00 | $0.00 | $18,783.84 |
| 5 | BOKF, NA AS SUCCESSOR IN INTEREST BY MERGER WITH B c/o Windtberg and Zdancewicz, PLC 7551 S. Willow, Suite 102 Tempe AZ 85283 | 04/30/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $300,000.00 | $193,144.26 | $193,144.26 | $0.00 | $0.00 | $0.00 | $193,144.26 |
| 6 | FOX CUSTOM HOMES, LLC Lang, Baker & Klein, PLC 8767 Via De Commercio, Ste. 102 Scottsdale AZ 85258 | 06/29/2012 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $195,384.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Claim Notes:　　ORDER SUSTAINING OBJ 10/02/12 (LBAILEY)

　　　　　　　　OBJ; NO SUPPORTING DOCUMENTS PROVIDED 08/02/12 (LBAILEY)

| | | | | | | $595,288.57 | $399,903.68 | $9,376.79 | $0.00 | $0.00 | $390,526.89 |

| Case No. | 11-20177-EPB | | Trustee Name: | Dina L. Anderson |
|---|---|---|---|---|
| Case Name: | LANE, WILLIAM EDWARD | | Date: | 12/23/2014 |
| Claims Bar Date: | 07/02/2012 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $420.00 | $420.00 | $0.00 | $0.00 | $0.00 | $420.00 |
| Attorney for Trustee Expenses (Other Firm) | $609.99 | $609.99 | $609.99 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) | $7,776.00 | $7,776.00 | $7,776.00 | $0.00 | $0.00 | $0.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $586.00 | $586.00 | $0.00 | $0.00 | $0.00 | $586.00 |
| General Unsecured 726(a)(2) | $581,790.36 | $386,405.47 | $0.00 | $0.00 | $0.00 | $386,405.47 |
| Other Professional Expenses | $360.40 | $360.40 | $360.40 | $0.00 | $0.00 | $0.00 |
| Other Professional Fees | $630.40 | $630.40 | $630.40 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $3,030.49 | $3,030.49 | $0.00 | $0.00 | $0.00 | $3,030.49 |
| Trustee Expenses | $84.93 | $84.93 | $0.00 | $0.00 | $0.00 | $84.93 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 2:11-bk-20177-EPB
Case Name: WILLIAM EDWARD LANE
Trustee Name: Dina L. Anderson

Balance on hand: _____ $12,655.03

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: _____ $0.00
Remaining balance: _____ $12,655.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DINA L. ANDERSON, Trustee Fees | $3,030.49 | $0.00 | $3,030.49 |
| DINA L. ANDERSON, Trustee Expenses | $84.93 | $0.00 | $84.93 |
| Henry & Horne, LLP, Accountant for Trustee Fees | $420.00 | $0.00 | $420.00 |
| UNITED STATES BANKRUPTCY COURT, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |
| UNITED STATES BANKRUPTCY COURT, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |

Total to be paid for chapter 7 administrative expenses: _____ $4,121.42
Remaining balance: _____ $8,533.61

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: _____ $0.00
Remaining balance: _____ $8,533.61

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: _____ $0.00
Remaining balance: _____ $8,533.61

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $386,405.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PARAMOUNT WINDOWS CORPORATION | $145,014.46 | $0.00 | $3,202.59 |
| 2 | Burch & Cracchiolo PA | $24,148.90 | $0.00 | $533.32 |
| 3 | Capital One Bank (USA), N.A. | $5,314.01 | $0.00 | $117.36 |
| 4 | Capital One Bank (USA), N.A. | $18,783.84 | $0.00 | $414.83 |
| 5 | BOKF, NA as successor in interest by merger | $193,144.26 | $0.00 | $4,265.51 |

Total to be paid to timely general unsecured claims: $8,533.61

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00

Remaining balance: $0.00